UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **14-1900 et al**


In re: Fosamax (Alendronate Sodium) Product Liability Litigation


**ORDER AMENDING APPENDIX A TO OPINION**

Due to inadvertent clerical errors, Appendix A to the opinion was missing one appeal number (14-3220) and a lower court number (08-cv-00008).  The Appendix has been revised and the corrected version will be filed as an attachment to this order.


For the Court,

s/ Marcia M. Waldron
Clerk

Dated:  April 11, 2017
PDB/cc: All Counsel of Record

# Appendix A

| Case Name | Appeal No. | DNJ No. |
| --- | --- | --- |
| Albrecht, Doris | 14-1900 | 3-12-cv-03287 |
| Molnar, Phyllis | 14-2109 | 3-08-cv-00008 |
| Gozdziak, Margaret | 14-2110 | 3-09-cv-05630 |
| Duke, Dolores | 14-2111 | 3-09-cv-05693 |
| Schultz, Susan | 14-2112 | 3-08-cv-03545 |
| Hines, Cynthia | 14-2113 | 3-10-cv-04839 |
| Goodwin, Joan | 14-2114 | 3-10-cv-05461 |
| Moline, Barbara | 14-2115 | 3-10-cv-05462 |
| Wheeler, Kathryn | 14-2117 | 3-10-cv-06282 |
| Denker, Elayne | 14-2118 | 3-11-cv-00033 |
| Heaton, Nancy | 14-2119 | 3-11-cv-00570 |
| Bonne, Virginia | 14-2120 | 3-11-cv-00571 |
| Lefebvre, Alice | 14-2121 | 3-11-cv-00586 |
| Hogan, Marie | 14-2122 | 3-11-cv-00587 |
| Karch, Lillie | 14-2123 | 3-11-cv-00589 |
| Walraed, Susan | 14-2124 | 3-11-cv-00869 |
| Kolb, Lauren | 14-2126 | 3-11-cv-01498 |
| Dematto, Mary | 14-2127 | 3-11-cv-01886 |
| Germino, Virginia Lee | 14-2128 | 3-11-cv-03165 |
| Chaires, Jeanette | 14-2129 | 3-11-cv-03168 |
| Salvatore, Sheila | 14-2130 | 3-11-cv-03169 |
| Collins, Lucille | 14-2131 | 3-11-cv-03170 |
| Miller, Betty | 14-2132 | 3-11-cv-03174 |
| Young, Marilyn | 14-2133 | 3-11-cv-03225 |
| Sunshine, Beverly | 14-2134 | 3-11-cv-03309 |
| Sutton, Barbara | 14-2135 | 3-11-cv-03310 |
| Granato, Irene | 14-2136 | 3-11-cv-03369 |
| Graves, Barbara | 14-2137 | 3-11-cv-03645 |
| Brown, Elizabeth | 14-2138 | 3-11-cv-03867 |
| Van, Mary Evelyn | 14-2139 | 3-11-cv-03911 |
| Zessin, Deloris | 14-2140 | 3-11-cv-03919 |
| Wirth, Carol | 14-2141 | 3-11-cv-03930 |
| Lyman, Patricia | 14-2142 | 3-11-cv-04160 |
| Foley, Peggy | 14-2143 | 3-11-cv-04171 |
| O'Brien, Molly | 14-2144 | 3-11-cv-04242 |
| O'Brien, Molly | 14-2145 | 3-11-cv-04242 |
| Evans, Laura | 14-2146 | 3-11-cv-04277 |
| Krieg, Julia | 14-2147 | 3-11-cv-04956 |
| Cortez, Lorice | 14-2148 | 3-11-cv-05025 |
| Hardy, Shirley | 14-2149 | 3-11-cv-05077 |
| Marks, Martha | 14-2150 | 3-11-cv-05079 |
| Grassucci, Shirley | 14-2151 | 3-11-cv-05083 |
| Clougherty, Mary Pat | 14-2153 | 3-11-cv-05295 |
| Edwards, Sybil | 14-2154 | 3-11-cv-05300 |
| Johnson, Susan | 14-2155 | 3-11-cv-05301 |
| Onaka, Eleanor | 14-2156 | 3-11-cv-05302 |
| Scott, Sylvia | 14-2157 | 3-11-cv-05303 |
| Whitt, Betty Jean | 14-2158 | 3-11-cv-05335 |

# Appendix A

| | | |
|---|---|---|
| Penigian, Jean | 14-2159 | 3-11-cv-05703 |
| Berlin, Ruth | 14-2160 | 3-11-cv-05720 |
| Collins, Joann | 14-2161 | 3-11-cv-05826 |
| Brogna, Loretta | 14-2162 | 3-11-cv-05912 |
| Hodge, Helen | 14-2163 | 3-11-cv-06162 |
| Stark, Vivian | 14-2164 | 3-11-cv-06164 |
| Voss, Betty | 14-2165 | 3-11-cv-06347 |
| Schornick, Lori (Indiv | 14-2166 | 3-11-cv-06387 |
| Panouis, Androniki | 14-2167 | 3-11-cv-06411 |
| Blackford, June | 14-2168 | 3-11-cv-06415 |
| Krakovitz, Pearl | 14-2169 | 3-11-cv-06417 |
| Pisarz, Josephine | 14-2170 | 3-11-cv-06419 |
| Strominger, Betty | 14-2171 | 3-11-cv-06420 |
| Schick, Joan | 14-2172 | 3-11-cv-06421 |
| Chee, Paula | 14-2173 | 3-11-cv-06451 |
| Gribben, Angela | 14-2174 | 3-11-cv-06452 |
| Ourecky, Roberta | 14-2175 | 3-11-cv-06468 |
| Price, Carolyn | 14-2176 | 3-11-cv-06469 |
| Howe, Elaine | 14-2177 | 3-11-cv-06657 |
| Care, Margaret | 14-2178 | 3-11-cv-06694 |
| Hanel, Kannika | 14-2179 | 3-11-cv-06817 |
| Standish, Debbie | 14-2180 | 3-11-cv-06912 |
| Wilkins, Edith | 14-2181 | 3-11-cv-06945 |
| Covey, Janet | 14-2182 | 3-11-cv-06946 |
| Radford, Shirley | 14-2183 | 3-11-cv-06947 |
| Poynor, Sherry | 14-2184 | 3-11-cv-06948 |
| Johnson, Janet | 14-2185 | 3-11-cv-06959 |
| Sontag, Marian | 14-2186 | 3-11-cv-06983 |
| Nelson, Edward | 14-2187 | 3-11-cv-07020 |
| Haviland, Barbara | 14-2188 | 3-11-cv-07104 |
| Matney, Rosemary | 14-2189 | 3-11-cv-07145 |
| McGill, Barbara | 14-2190 | 3-11-cv-07185 |
| Schwalbe, Linda | 14-2191 | 3-11-cv-07208 |
| Nation, Karleen | 14-2192 | 3-11-cv-07345 |
| Misner, Anita | 14-2193 | 3-11-cv-07401 |
| Burke, Louise | 14-2194 | 3-11-cv-07429 |
| Carter-Morcomb, Pa | 14-2195 | 3-11-cv-07432 |
| Messerli, Donna | 14-2196 | 3-11-cv-07491 |
| McKee, Eleanor | 14-2197 | 3-11-cv-07493 |
| Mayes, Claudice | 14-2198 | 3-11-cv-07516 |
| Joyce, Michael | 14-2199 | 3-11-cv-07517 |
| Hensley, Mary | 14-2200 | 3-11-cv-07518 |
| Degen, Patricia | 14-2201 | 3-11-cv-07519 |
| Mahan, Caroline | 14-2202 | 3-11-cv-07520 |
| Mistretta, Wilma | 14-2203 | 3-11-cv-07521 |
| Sorrentino, Theresa | 14-2204 | 3-11-cv-07522 |
| Tucker, Assunta | 14-2205 | 3-11-cv-07523 |
| Green, Mariella | 14-2206 | 3-11-cv-07524 |
| Greenway, Ann | 14-2207 | 3-11-cv-07525 |

| | | |
|---|---|---|
| Ivey, Jane | 14-2208 | 3-11-cv-07557 |
| Driver, Virginia | 14-2209 | 3-11-cv-07558 |
| Juth, Joann | 14-2210 | 3-11-cv-07613 |
| Buitron, Catherine | 14-2211 | 3-11-cv-007614 |
| Wallis, Russell | 14-2212 | 3-11-cv-07619 |
| Carter, Ann | 14-2213 | 3-12-cv-00012 |
| Murphy, Betty | 14-2214 | 3-12-cv-00014 |
| Sutton, Catrinia (Indi | 14-2215 | 3-12-cv-00015 |
| Duffy, Joan | 14-2216 | 3-12-cv-00016 |
| Pinkney, Lani | 14-2217 | 3-12-cv-00017 |
| Nagy, Norma | 14-2218 | 3-12-cv-00018 |
| Richardson, Lee | 14-2219 | 3-12-cv-00019 |
| Skinner, Leone | 14-2220 | 3-12-cv-00021 |
| Steinert, Julie | 14-2221 | 3-12-cv-00022 |
| Lopes, Mary | 14-2222 | 3-12-cv-00023 |
| Shepherd, Madge | 14-2223 | 3-12-cv-00082 |
| Pappas, Diane (Indivi | 14-2224 | 3-12-cv-00168 |
| Anderson, Barbara (I | 14-2225 | 3-12-cv-00227 |
| Nesbitt, Craig | 14-2226 | 3-12-cv-00268 |
| Coventry, Melinda | 14-2227 | 3-12-cv-00269 |
| Adams, Brenda | 14-2228 | 3-12-cv-00270 |
| Yancu, Milly | 14-2229 | 3-12-cv-00271 |
| Franklin, Suzane | 14-2230 | 3-12-cv-00272 |
| Davis, Patricia | 14-2231 | 3-12-cv-00273 |
| Foland, Bobbie (Indiv | 14-2232 | 3-12-cv-00278 |
| Gerardo, Claudia | 14-2233 | 3-12-cv-00310 |
| Mueller, Eileen | 14-2234 | 3-12-cv-00312 |
| Held, Mary | 14-2235 | 3-12-cv-00360 |
| Weiss, Linda | 14-2236 | 3-12-cv-00374 |
| Hunt, Betty Burch | 14-2237 | 3-12-cv-00375 |
| Eisen, Ella | 14-2239 | 3-12-cv-00391 |
| Rangel, Elvia | 14-2240 | 3-12-cv-00392 |
| Thomasson, Patsy M | 14-2241 | 3-12-cv-00403 |
| Schendle, Carolyn | 14-2242 | 3-12-cv-00404 |
| Hogan, Charlotte | 14-2243 | 3-12-cv-00464 |
| Baldridge, Wilemina | 14-2244 | 3-12-cv-00503 |
| McCabe, Doreen | 14-2245 | 3-12-cv-00504 |
| McCabe, Judith | 14-2246 | 3-12-cv-00508 |
| Huenefeld, Catherine | 14-2247 | 3-12-cv-00564 |
| Gregori, Carolyn | 14-2248 | 3-12-cv-00566 |
| Heinonen, Marie | 14-2249 | 3-12-cv-00567 |
| Rath, Carolyn | 14-2250 | 3-12-cv-00568 |
| Rousey, Shirlie | 14-2251 | 3-12-cv-00569 |
| Simpson, Esther | 14-2252 | 3-12-cv-00570 |
| Wilson, Sharon | 14-2253 | 3-12-cv-00571 |
| Stotts, Wilma | 14-2254 | 3-12-cv-00572 |
| Everly, Myrna | 14-2255 | 3-12-cv-00588 |
| Kraynick, Judith | 14-2256 | 3-12-cv-00589 |
| Begany, Helen | 14-2257 | 3-12-cv-00590 |

# Appendix A

| | | |
|---|---|---|
| Finn, Barbara | 14-2258 | 3-12-cv-00591 |
| Scott, Lois | 14-2259 | 3-12-cv-00592 |
| Migatulski, Mary | 14-2260 | 3-12-cv-000593 |
| Reitz, Alice | 14-2261 | 3-12-cv-00594 |
| Cooper, Eva | 14-2262 | 3-12-cv-00595 |
| Delagarza, Margaret | 14-2263 | 3-12-cv-00622 |
| Shapiro, Ellen | 14-2264 | 3-12-cv-00623 |
| Frangos, Artemis | 14-2265 | 3-12-cv-00625 |
| Freelin, Stephanie | 14-2266 | 3-12-cv-00626 |
| Grassel, Sara | 14-2267 | 3-12-cv-00627 |
| Halpern, Beverly | 14-2268 | 3-12-cv-00628 |
| Harvey, Robert | 14-2269 | 3-12-cv-00629 |
| Jones, Renae | 14-2270 | 3-12-cv-00631 |
| Singh, Priscilla | 14-2271 | 3-12-cv-00640 |
| Worthington, Renee | 14-2272 | 3-12-cv-00643 |
| Palmer, Richard | 14-2273 | 3-12-cv-00644 |
| James, Claudia | 14-2274 | 3-12-cv-00645 |
| Kozloski, Margaret | 14-2275 | 3-12-cv-00647 |
| Matthews, Roxie Mo | 14-2276 | 3-12-cv-00648 |
| Newman, Lula | 14-2277 | 3-12-cv-00649 |
| Dirks, Susan | 14-2278 | 3-12-cv-00650 |
| Carpenter, Julia Ann | 14-2279 | 3-12-cv-00651 |
| Madary, Roberta | 14-2280 | 3-12-cv-00654 |
| Rimstidt, Nelda | 14-2281 | 3-12-cv-00655 |
| Taylor, Sherri | 14-2282 | 3-12-cv-00656 |
| Balsam, Barbara | 14-2283 | 3-12-cv-00657 |
| Mester, Dorothy | 14-2284 | 3-12-cv-00658 |
| Raven, Arleen | 14-2285 | 3-12-cv-00659 |
| Garrett, Barbara | 14-2286 | 3-12-cv-00660 |
| Dwyer, Marion | 14-2287 | 3-12-cv-00663 |
| Eck, Marlene | 14-2288 | 3-12-cv-00664 |
| Uselton, Lynnita | 14-2289 | 3-12-cv-00665 |
| Still, Nanette | 14-2290 | 3-12-cv-00666 |
| Wheeler, Jo | 14-2291 | 3-12-cv-00667 |
| Smith, Richard | 14-2292 | 3-12-cv-00688 |
| Bucher, Rose | 14-2293 | 3-12-cv-00689 |
| Giarratano, Ruth | 14-2294 | 3-12-cv-00690 |
| Goheen, Patty | 14-2295 | 3-12-cv-00691 |
| Powers, Peggy | 14-2296 | 3-12-cv-00692 |
| Muller, Eleanor | 14-2297 | 3-12-cv-00693 |
| Lemley, Sheila | 14-2298 | 3-12-cv-00694 |
| Curry, Nellie | 14-2299 | 3-12-cv-00695 |
| Thomas-Walsh, Ther | 14-2300 | 3-12-cv-00707 |
| Swanson, Nancy | 14-2301 | 3-12-cv-00714 |
| Erickson, Doris | 14-2302 | 3-12-cv-00715 |
| Pearson, Linda | 14-2303 | 3-12-cv-00750 |
| Underhill, Mary Lee | 14-2304 | 3-12-cv-00762 |
| Nord, Elayne Barbara | 14-2305 | 3-12-cv-00789 |
| Bryant, Jane | 14-2306 | 3-12-cv-00790 |

## Appendix A

| | | |
|---|---|---|
| Ciraolo, Joanna | 14-2307 | 3-12-cv-00791 |
| Savoy, Josephine | 14-2308 | 3-12-cv-00855 |
| Gentile, Emma | 14-2309 | 3-12-cv-00928 |
| Factor, Rosalyn Rena | 14-2310 | 3-12-cv-00936 |
| Walker, Sherry | 14-2311 | 3-12-cv-00943 |
| McCune, Bonnie | 14-2312 | 3-12-cv-00950 |
| Meldon, Virginia | 14-2313 | 3-12-cv-00974 |
| Greenberg, Carla | 14-2314 | 3-12-cv-01009 |
| Armstrong, Bobbie | 14-2315 | 3-12-cv-01013 |
| Garman, Rose Ann | 14--2316 | 3-12-cv-01020 |
| Goggin, Carol | 14-2317 | 3-12-cv-01021 |
| Goodman, Susan Jan | 14-2318 | 3-12-cv-01035 |
| Drouet, Renee | 14-2319 | 3-12-cv-01036 |
| Stroh, Kerry | 14-2320 | 3-12-cv-01038 |
| Medina, Laarni | 14-2321 | 3-12-cv-01065 |
| Whitman, Ethel | 14-2322 | 3-12-cv-01075 |
| D'Angelo, Kimiko | 14-2323 | 3-12-cv-01093 |
| Hollander, Carol | 14-2324 | 3-12-cv-01107 |
| Harrow, Ronnie | 14-2325 | 3-12-cv-01111 |
| Hardy, Yvette | 14-2326 | 3-12-cv-01132 |
| Lynn, Vivian | 14-2327 | 3-12-cv-01133 |
| Hill, Laura Lee | 14-2328 | 3-12-cv-01134 |
| Gitter, Blossom | 14-2329 | 3-12-cv-01135 |
| Clow, Edna | 14-2330 | 3-12-cv-01177 |
| Hulik, Linda | 14-2331 | 3-12-cv-01179 |
| Lyons, Janet | 14-2332 | 3-12-cv-01180 |
| Fitzpatrick, Nora | 14-2333 | 3-12-cv-01181 |
| Suehiro, Tokia | 14-2334 | 3-12-cv-01185 |
| Brown, Linton | 14-2335 | 3-12-cv-01186 |
| Seims, Marcie | 14-2336 | 3-12-cv-01187 |
| Andrejasich, Anne | 14-2337 | 3-12-cv-01200 |
| Edwards, Sally | 14-2338 | 3-12-cv-01203 |
| Kakareka, Edith | 14-2339 | 3-12-cv-01204 |
| Jones, Denman | 14-2340 | 3-12-cv-01205 |
| Morris, Joyce | 14-2341 | 3-12-cv-01220 |
| Murphy, Cheryl | 14-2342 | 3-12-cv-01221 |
| Spires, Evelyn | 14-2343 | 3-12-cv-01222 |
| Davis, Anna M. | 14-2345 | 3-12-cv-01277 |
| Jefferies, Gail | 14-2346 | 3-12-cv-01322 |
| Ross, Betty Jo | 14-2347 | 3-12-cv-01325 |
| Jepson, Norma | 14-2348 | 3-12-cv-01326 |
| Fifer, Ladonna | 14-2349 | 3-12-cv-01327 |
| Moore, Marlene | 14-2350 | 3-12-cv-01328 |
| Bryant, Sharon | 14-2351 | 3-12-cv-01329 |
| Bishop, Rosemary | 14-2352 | 3-12-cv-01344 |
| Burleson, Jacqueline | 14-2354 | 3-12-cv-01356 |
| Fenton, Carole | 14-2355 | 3-12-cv-01373 |
| Yost, Marilyn | 14-2356 | 3-12-cv-01387 |
| Richard-Amato, Patri | 14-2357 | 3-12-cv-01395 |

# Appendix A

| | | |
|---|---|---|
| Wang, Su-Mei | 14-2358 | 3-12-cv-01397 |
| Zimmerman, Martha | 14-2359 | 3-12-cv-01398 |
| Flower, Gail | 14-2360 | 3-12-cv-01399 |
| Cross, Katherine | 14-2361 | 3-12-cv-01410 |
| Mejia, Teresita | 14-2362 | 3-12-cv-01449 |
| Agrow, Rosalie | 14-2363 | 3-12-cv-01450 |
| Crook, Patricia | 14-2364 | 3-12-cv-01468 |
| Courville, Paula | 14-2365 | 3-12-cv-01476 |
| Bielecky, Margaret | 14-2366 | 3-12-cv-01484 |
| Wright, Judith | 14-2367 | 3-12-cv-01487 |
| Hayes, Mavis | 14-2368 | 3-12-cv-01549 |
| Hanson, Nelda | 14-2369 | 3-12-cv-01552 |
| Stencler, Roxanna | 14-2370 | 3-12-cv-01566 |
| Lowell, Sarah | 14-2371 | 3-12-cv-01567 |
| Collier, Marion | 14-2372 | 3-12-cv-01568 |
| Waldrup, Roberta | 14-2373 | 3-12-cv-01569 |
| Bohn, Edward (Attor | 14-2375 | 3-12-cv-01715 |
| Freay, Onnolee | 14-2376 | 3-12-cv-01754 |
| Sheehan, Yvonne The | 14-2377 | 3-12-cv-01817 |
| Merrell, Preston | 14-2378 | 3-12-cv-01845 |
| Jones, Alice | 14-2379 | 3-12-cv-01846 |
| Fracaro, Fern Lee | 14-2380 | 3-12-cv-01847 |
| McKelvey, Elizabeth | 14-2381 | 3-12-cv-01849 |
| Keaser, Barbara | 14-2382 | 3-12-cv-01850 |
| Brenner, Lois | 14-2383 | 3-12-cv-01875 |
| Azar, Bernice | 14-2384 | 3-12-cv-01876 |
| Hubbard, Linda | 14-2385 | 3-12-cv-01967 |
| Arnold, Doris | 14-2386 | 3-12-cv-01975 |
| Halligan, Carla | 14-2387 | 3-12-cv-01996 |
| Frei, Miryam | 14-2388 | 3-12-cv-01997 |
| Besser, Deborah (Ind | 14-2389 | 3-12-cv-01998 |
| Dandridge, Earlene | 14-2390 | 3-12-cv-01999 |
| Weissberger, Kathryn | 14-2391 | 3-12-cv-02000 |
| Stone, Harriet | 14-2392 | 3-12-cv-02002 |
| Pustilnik, Jean | 14-2393 | 3-12-cv-02048 |
| Pickett, Theodore | 14-2394 | 3-12-cv-02121 |
| Bowden, Gregory | 14-2395 | 3-12-cv-02127 |
| Kniffen, Donna | 14-2396 | 3-12-cv-02150 |
| Mayer, Christine | 14-2397 | 3-12-cv-02159 |
| Lynch, Kiersten | 14-2398 | 3-12-cv-02210 |
| Dunn, Lucille | 14-2399 | 3-12-cv-02211 |
| Nelson, Susan | 14-2400 | 3-12-cv-02258 |
| Lindenmeier, Janet | 14-2401 | 3-12-cv-02265 |
| Frye, Barbara | 14-2402 | 3-12-cv-02302 |
| Sandfort, Irma | 14-2403 | 3-12-cv-02371 |
| Odum, Connie | 14-2404 | 3-12-cv-02451 |
| Latta, Theresa | 14-2405 | 3-12-cv-05581 |
| Kirkpatrick, Judy | 14-2406 | 3-12-cv-02559 |
| Canaday, Connie | 14-2407 | 3-12-cv-02560 |

# Appendix A

| | | |
|---|---|---|
| Edwards, Donna | 14-2408 | 3-12-cv-02561 |
| Lackey, Karen | 14-2409 | 3-12-cv-02594 |
| Evans, Dorothy | 14-2410 | 3-12-cv-02596 |
| Brown, Towanda | 14-2411 | 3-12-cv-02598 |
| Tressler, Vera | 14-2412 | 3-12-cv-02600 |
| Heldberg, Judith | 14-2413 | 3-12-cv-02647 |
| Hen, Azucena | 14-2414 | 3-12-cv-02771 |
| Sias, Diana Van Pelt M | 14-2415 | 3-12-cv-02833 |
| Otto, Harriet | 14-2416 | 3-12-cv-02837 |
| Best, Bettie | 14-2417 | 3-12-cv-02838 |
| Davis, Betty Saki | 14-2418 | 3-12-cv-03017 |
| Roberts, Margaret | 14-2419 | 3-12-cv-03021 |
| Goias, Geraldine | 14-2420 | 3-12-cv-03022 |
| Lona, Lucille | 14-2421 | 3-12-cv-03023 |
| McMurray, Deborah | 14-2422 | 3-12-cv-03025 |
| Doriott, Angelita | 14-2423 | 3-12-cv-03026 |
| Thieman, Donna | 14-2424 | 3-12-cv-03027 |
| White, Claudia | 14-2425 | 3-12-cv-03259 |
| Eshelman, Stephanie | 14-2426 | 3-12-cv-03260 |
| Grillo, Maria | 14-2427 | 3-12-cv-03261 |
| Stefanowski, Lucy | 14-2428 | 3-12-cv-03286 |
| Burghardt, Pamela | 14-2429 | 3-13-cv-07894 |
| Gerber, Marilyn | 14-2430 | 3-12-cv-03326 |
| Tong, Lucy | 14-2431 | 3-12-cv-03328 |
| Venner, Vida | 14-2432 | 3-12-cv-03329 |
| Uslan, Sharon | 14-2433 | 3-12-cv-03330 |
| Goldberg, Ethel | 14-2434 | 3-12-cv-03331 |
| Hudson, Laraine | 14-2435 | 3-12-cv-03335 |
| Rittenhouse, Carolyn | 14-2436 | 3-12-cv-03345 |
| Budd, Randal | 14-2437 | 3-12-cv-03346 |
| Myers, Eva | 14-2438 | 3-12-cv-03347 |
| Dykes, Marsha | 14-2439 | 3-12-cv-03348 |
| Foree, Edith | 14-2440 | 3-12-cv-03358 |
| Indich, Terry | 14-2441 | 3-12-cv-3366 |
| Travor, Lois Annette | 14-2442 | 3-12-cv-03399 |
| Steen, Barbara | 14-2443 | 3-12-cv-03429 |
| Charms, Shirley | 14-2444 | 3-12-cv-03511 |
| Denham, Janice | 14-2445 | 3-12-cv-03696 |
| Tanglao, Lourdes | 14-2446 | 3-12-cv-03705 |
| Disosway, Linda | 14-2447 | 3-12-cv-03730 |
| Lare, Sandra | 14-2448 | 3-12-cv-03769 |
| Nealen, Arlene | 14-2449 | 3-12-cv-03770 |
| DerHarootunian, Car | 14-2450 | 3-12-cv-03789 |
| Yacoub, Caroline | 14-2452 | 3-12-cv-03795 |
| Baker, Alma | 14-2453 | 3-12-cv-03878 |
| Palma, Lucita | 14-2454 | 3-12-cv-03879 |
| Mateo, Yoshie | 14-2455 | 3-12-cv-03904 |
| Terranova, Patricia | 14-2456 | 3-12-cv-03939 |
| Hill, Mary | 14-2457 | 2-12-cv-03959 |

# Appendix A

| | | |
|---|---|---|
| Wilson, Selma | 14-2458 | 3-12-cv-04014 |
| Toland Kathleen | 14-2459 | 3-12-cv-04190 |
| Fillippello, Margaret | 14-2460 | 3-12-cv-04423 |
| Harris, Ramona | 14-2461 | 3-12-cv-04424 |
| Lane, Sharon | 14-2462 | 3-12-cv-04426 |
| Whisenant, Louise | 14-2463 | 3-12-cv-04440 |
| Carter, Joan | 14-2464 | 3-12-cv-04453 |
| Glenn, Sue | 14-2465 | 3-12-cv-04454 |
| Sweet, Karen | 14-2466 | 3-12-cv-04566 |
| Hutton, Nancy | 14-2467 | 3-12-cv-04599 |
| Hernandez, Antonia | 14-2468 | 3-12-cv-04601 |
| Favor, Judith | 14-2469 | 3-12-cv-04604 |
| Parker, Esther | 14-2471 | 3-12-cv-04611 |
| Mitchell, Cheryl | 14-2472 | 3-12-cv-04638 |
| Paralikis, Pamela | 14-2473 | 3-12-cv-04656 |
| Bottari, Donna | 14-2474 | 3-12-cv-04663 |
| Hedgepeth, Betty | 14-2475 | 3-12-cv-04664 |
| Sperber, Bernice | 14-2476 | 3-12-cv-04721 |
| Currie, Marlene | 14-2477 | 3-12-cv-04760 |
| Worthington, Jerrene | 14-2478 | 3-12-cv-04762 |
| Patrina, Chester (Ind | 14-2479 | 3-12-cv-04773 |
| Falcone, Patricia | 14-2480 | 3-12-cv-04802 |
| Anselmo, Victoria | 14-2481 | 3-12-cv-04806 |
| Patterson, Ethel | 14-2482 | 3-12-cv-04836 |
| Haslam, Martha | 14-2483 | 3-12-cv-05018 |
| Julius, Diana | 14-2484 | 3-12-cv-05019 |
| Mott, Leann | 14-2485 | 3-12-cv-05020 |
| Theberge, Jeanne | 14-2486 | 3-12-cv-05060 |
| Walker, Shirley | 14-2487 | 3-12-cv-05085 |
| Bedsworth, Alan (Ind | 14-2488 | 3-12-cv-05094 |
| Crew, Nellie | 14-2489 | 3-12-cv-05108 |
| Astrug, Debra | 14-2490 | 3-12-cv-05205 |
| Dixon, Carolyn | 14-2491 | 3-12-cv-05269 |
| Edgil-Rogers, Judee | 14-2492 | 3-12-cv-05271 |
| Gilmer, Marjorie | 14-2493 | 3-12-cv-05297 |
| Kovalick, Carole | 14-2494 | 3-12-cv-05364 |
| Knutson, Josephine | 14-2495 | 3-12-cv-05383 |
| Smith, Regina | 14-2496 | 3-12-cv-05384 |
| Hamilton-Gamman, S | 14-2497 | 3-12-cv-05385 |
| Needles, Josephine | 14-2498 | 3-12-cv-05389 |
| Kendrick, Billie | 14-2499 | 3-12-cv-05391 |
| Paxton, Mary | 14-2500 | 3-12-cv-05392 |
| Stanwood, Peggy | 14-2501 | 3-12-cv-05393 |
| Knopick, Carol | 14-2502 | 3-12-cv-05485 |
| Osburn, Gaile | 14-2503 | 3-12-cv-05557 |
| Miller, Dolores | 14-2504 | 3-12-cv-05560 |
| Heckard, Shirley | 14-2505 | 3-12-cv-02549 |
| Cline, Diane | 14-2506 | 3-12-cv-05681 |
| Cummings, Sarah | 14-2507 | 3-12-cv-05776 |

# Appendix A

| | | |
|---|---|---|
| Jodszuweit, Armida | 14-2508 | 3-12-cv-05975 |
| Collier, Nancy | 14-2509 | 3-12-cv-05978 |
| Sayers, Sheila | 14-2510 | 3-12-cv-05993 |
| Cook, Shirley | 14-2511 | 3-12-cv-06028 |
| Wiegand, Mary | 14-2512 | 3-12-cv-06029 |
| Roland, Annie | 14-2513 | 3-12-cv-06155 |
| Bridgeman, Max | 14-2514 | 3-12-cv-06182 |
| Wong, Anita | 14-2515 | 3-12-cv-06187 |
| Hayden, Jane | 14-2516 | 3-12-cv-06191 |
| McGrath, Sheila | 14-2517 | 3-12-cv-06192 |
| Van Blaricom, Betty | 14-2518 | 3-12-cv-06216 |
| Thomas, Eugune Mid | 14-2519 | 3-12-cv-06237 |
| Fuerstnau, Barbara | 14-2520 | 3-12-cv-06264 |
| Halfmann, Mary | 14-2521 | 3-12-cv-06266 |
| Kimizuka, Yoshie | 14-2522 | 3-12-cv-06267 |
| Hofmann, Kathleen | 14-2523 | 3-12-cv-06269 |
| Duggan, Doris | 14-2524 | 3-12-cv-06275 |
| Andorka-Aceves, Deb | 14-2525 | 3-12-cv-06289 |
| Herndon, Lucy Mae | 14-2526 | 3-12-cv-06301 |
| Delikat, Ellen | 14-2527 | 3-12-cv-06351 |
| Mouser, Donna | 14-2528 | 3-12-cv-06365 |
| Hulsman, Elaine | 14-2529 | 3-12-cv-06366 |
| Kempfer, Faye | 14-2530 | 3-12-cv-06376 |
| Lotter, Dolores | 14-2531 | 3-12-cv-06377 |
| Cummings, Irene Lilli | 14-2532 | 3-12-cv-06378 |
| Irving, Zepher | 14-2533 | 3-12-cv-06397 |
| Marcus, Rita | 14-2534 | 3-12-cv-06430 |
| Halpern, Marion | 14-2535 | 3-12-cv-06432 |
| Ogle, Ann | 14-2536 | 3-12-cv-06433 |
| Bittner, Marcella | 14-2537 | 3-12-cv-06434 |
| Wade, Kay | 14-2538 | 3-12-cv-06437 |
| Ahern, Frances | 14-2539 | 3-12-cv-06439 |
| Boshell, Marsha | 14-2540 | 3-12-cv-06443 |
| Sandt, Faye | 14-2541 | 3-12-cv-06444 |
| Holmes, Leanne | 14-2542 | 3-12-cv-06445 |
| Napoli, Anna | 14-2543 | 3-12-cv-06446 |
| Vaughn, Patricia | 14-2544 | 3-12-cv-06450 |
| Irizarry, Sheila | 14-2545 | 3-12-cv-06451 |
| Kort, Barbara | 14-2546 | 3-12-cv-06453 |
| Kosvick, Melinda | 14-2547 | 3-12-cv-06454 |
| Homa, Barbara | 14-2548 | 3-12-cv-06455 |
| Stepanski, Mary Jo | 14-2549 | 3-12-cv-06456 |
| Lare, Barbara | 14-2550 | 3-12-cv-06457 |
| Nguyen, Susan | 14-2551 | 3-12-cv-06458 |
| Jeet, Lalita | 14-2552 | 3-12-cv-06459 |
| Naik, Khadijah | 14-2553 | 3-12-cv-06460 |
| Bartlett, Ann | 14-2554 | 3-12-cv-06461 |
| Aydin, Jean | 14-2555 | 3-12-cv-06462 |
| Dowd, Jeanette | 14-2556 | 3-12-cv-06463 |

# Appendix A

| | | |
|---|---|---|
| Van Gosen, Helen | 14-2557 | 3-12-cv-06464 |
| Huddleston, Shirley | 14-2558 | 3-12-cv-06465 |
| Griffin, Jennifer | 14-2559 | 3-12-cv-06466 |
| Crisci, Stephen N. (Pr | 14-2560 | 3-12-cv-06469 |
| Jones, Geraldine | 14-2561 | 3-12-cv-06550 |
| McKinney, Carlene | 14-2562 | 3-12-cv-06711 |
| Karantza, John | 14-2563 | 3-12-cv-06719 |
| Bozue, Dorothy | 14-2564 | 3-12-cv-06770 |
| Cline, Beatrice | 14-2565 | 3-12-cv-06840 |
| Broadstone, Judith | 14-2566 | 3-12-cv-06841 |
| Schmitt, Luise Gerlin | 14-2567 | 3-12-cv-06845 |
| Cherco, Patricia | 14-2568 | 3-12-cv-06846 |
| Neuman, Janet | 14-2569 | 3-12-cv-06850 |
| Isom, Leann | 14-2570 | 3-12-cv-06859 |
| Heiny, Joyce | 14-2571 | 3-12-cv-06860 |
| Vertuccio, Lana | 14-2572 | 3-12-cv-06863 |
| Williams, Susanne | 14-2573 | 3-12-cv-06877 |
| Stevenson, Nada | 14-2574 | 3-12-cv-06899 |
| Elison, Linda | 14-2575 | 3-12-cv-06900 |
| Lingo, Melba | 14-2576 | 3-12-cv-06901 |
| Baylor, Richard | 14-2577 | 3-12-cv-06903 |
| Thompson, Loralee | 14-2578 | 3-12-cv-06905 |
| Miller, Esther | 14-2579 | 3-12-cv-06907 |
| Orr, June | 14-2580 | 3-12-cv-06952 |
| Maki, Gale | 14-2581 | 3-12-cv-06954 |
| Collins, John | 14-2582 | 3-12-cv-06955 |
| McAnulty, Joan | 14-2583 | 3-12-cv-06956 |
| Abney, Virginia | 14-2584 | 3-12-cv-06957 |
| Altson, Amy | 14-2585 | 3-12-cv-07023 |
| Harris, Hope (Individ | 14-2586 | 3-12-cv-07048 |
| Jaeger, Bernadette | 14-2587 | 3-12-cv-07443 |
| Couture, Diane | 14-2588 | 3-12-cv-07819 |
| VanDyke, Patricia | 14-2589 | 3-13-cv-00001 |
| Antoff, Christine | 14-2590 | 3-13-cv-00137 |
| Wyly, Lois Ann | 14-2592 | 3-13-cv-00171 |
| Conner, Cheryl | 14-2593 | 3-13-cv-00442 |
| Kardon, Koula | 14-2594 | 3-13-cv-00718 |
| Bialkowski, Mary | 14-2595 | 3-13-cv-00720 |
| Affronti, Joanne | 14-2599 | 3-13-cv-00816 |
| Bannon, Gladys | 14-2600 | 3-13-cv-00818 |
| Golden, Jane | 14-2601 | 3-13-cv-00894 |
| Pitts, Shirley Ann | 14-2602 | 3-13-cv-00926 |
| Slinkman, William Ri | 14-2603 | 3-13-cv-00928 |
| Albert, Elizabeth | 14-2604 | 3-13-cv-01062 |
| Hawk, Joycelyn | 14-2605 | 3-13-cv-01063 |
| Pritchard, Helen | 14-2606 | 3-13-cv-01071 |
| Myers, Susan | 14-2607 | 3-13-cv-01215 |
| Brooks, Betty | 14-2608 | 3-13-cv-01314 |
| Hawkins, Amy | 14-2609 | 3-13-cv-01337 |

# Appendix A

| | | |
|---|---|---|
| Edmondson, Maxine | 14-2610 | 3-13-cv-01340 |
| Kamienski, Mary | 14-2611 | 3-13-cv-01352 |
| Neuman, Delores | 14-2612 | 3-13-cv-01369 |
| Peters, Alohoa | 14-2613 | 3-13-cv-01370 |
| Routhieaux, Marguer | 14-2614 | 3-13-cv-01371 |
| Alberg, Evelyn | 14-2615 | 3-13-cv-01378 |
| Goodman, Carol Ann | 14-2616 | 3-13-cv-01415 |
| Samuelson, Johann | 14-2618 | 3-13-cv-01476 |
| Rudolph, Joyce | 14-2619 | 3-13-cv-01884 |
| Romeo, Alice | 14-2620 | 3-13-cv-02616 |
| Grems, Mary | 14-2621 | 3-13-cv-02617 |
| McKeon-Cincotta, Le | 14-2622 | 3-13-cv-02649 |
| Jernigan, Mary Lou | 14-2623 | 3-13-cv-02735 |
| Wicker, Marie | 14-2624 | 3-13-cv-02827 |
| Stampliakis, Helen | 14-2625 | 3-13-cv-02836 |
| Crook, Judith | 14-2626 | 3-13-cv-02958 |
| London, Phyllis | 14-2627 | 3-13-cv-03211 |
| Connor, Ruth | 14-2628 | 3-13-cv-03353 |
| Mulqueen, Mary | 14-2629 | 3-13-cv-03353 |
| Bergmann, Ruth | 14-2630 | 3-13-cv-03474 |
| Spallone, Josephine | 14-2631 | 3-13-cv-03741 |
| Maddern, Karen | 14-2632 | 3-13-cv-03929 |
| Marcelles, Sara | 14-2634 | 3-13-cv-04075 |
| Tolston, Betty | 14-2635 | 3-13-cv-05984 |
| Oakes, Miriam | 14-2636 | 3-11-cv-06090 |
| Murphy, Nancy | 14-2813 | 3-12-cv-05082 |
| Montgomery, Rulene | 14-3220 | 3-12-cv-06282 |
| Gaynor, Barbara | 14-3267 | 3-12-cv-01492 |